**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 22, 2015

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Hon. Rene B. Gonzalez
Assistant District Attorney
964 E. Harrison Street, 4th Floor
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Edmund K. Cyganiewicz
Attorney At Law
1000 E. Madison St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00457-CR
Tr.Ct.No. 2013-DCR-1953-E
Style:    Victor Hernandez v. The State of Texas


State's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of September 18, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch